70 F.3d 1259
 Richard A. Zschunke, John W. McCallion, Jr., Harry E.
Mulholland, George A. Richardson, Jr., Harry BingenHeimer
v.
Bell Atlantic Corporation, Bell Atlantic Management Pension
Plan, Ray Smith, Anton Campanella, John Gamba,
Charles W. Christ, Ethan A. Stenger, P.A. Campbell
 NO. 95-1133
 United States Court of Appeals,
Third Circuit.
 Oct 31, 1995
 
 Appeal From: E.D.Pa., No. 93-cv-3326,
 Katz, J.,
 
 872 F.Supp. 1395
 
 1
 AFFIRMED.